# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LADELL A. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS ROBISNON, WIILLIAM BLACKBURN, TONIA ROZMARYNOSKI, KELLI R. WILLARD WEST, JOHN DOES #1-3, and WARDEN CHRISTOPHER STEVENS,<br><br>Defendants. | Case No. 25-CV-377-JPS<br><br><br>**ORDER** |

Plaintiff Ladell A. Evans, an inmate confined at Green Bay Correctional Institution, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On March 26, 2206, the parties filed a signed stipulation of dismissal, and the case was terminated accordingly. ECF No. 31. On April 9, 2026, Plaintiff filed a motion to stay dismissal. ECF No. 32.

The Court will deny Plaintiff's request as moot as the case was previously terminated in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff takes issue with the fact that the stipulation of dismissal did not mention any monetary compensation; however, the Court notes that this is normal practice and that settlement agreements themselves are typically private agreements between the parties and are not filed with the Court. Absent an extraordinary need, the Court does not wish

to be involved in settlement issues; settlements are best resolved by the parties themselves.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to stay dismissal, ECF No. 32, be and the same is hereby **DENIED as moot.**

Dated at Milwaukee, Wisconsin, this 18th day of November, 2026.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge